SLIP OP. 06–66

UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAL-TILE CORPORATION,                                    Before  MUSGRAVE, JUDGE
                                                                           Court No  95-00679

Plaintiff,

v

THE UNITED STATES,                                              .

Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDED JUDGMENT ORDER

This action having been duly submitted to decision, and the court, after due deliberation, having rendered a decision herein, now, therefore, in conformity with said decision, it is

ORDERED, ADJUDGED and DECREED that judgment be, and  IT HEREBY IS, entered for the plainfiff Dal-Tile Corporation, and it is further

ORDERED that the entries of Dal-Tile Corporation wall tile and trim that are the subject of this action and not settled prior to this disposition shall be classified under Item A523 94, TSUS, free of duty. and that any duty overpayments shall be refunded to plaintiff together with interest as provided by law

Dated  May 4, 2006
        New York, New York

/S/        R  Kenton Musgrave
                Senior Judge